1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  RE/MAX INTERNATIONAL, INC.,          )          CASE NO. CV08-6313-AHM (CWx)
                                        )
12              Plaintiff(s),           )          ORDER DISMISSING CIVIL ACTION
                                        )          BY VIRTUE OF SETTLEMENT
13          v.                          )
                                        )
14  INCO COMMERCIAL REALTY, INC.,       )
    et al.,                             )
15                                      )
                Defendant(s).           )
16                                      )
                                        )
17  _____ )

18          The Court having been advised by the parties that the above-entitled action

19  has been settled;

20          IT IS THEREFORE ORDERED that this action is dismissed without

21  prejudice to the right, upon good cause shown within 30 days, to reopen this

22  action if settlement is not consummated.

23

24          IT IS SO ORDERED.

25  Date: January 30, 2009          _____

26  **Make JS-6**                   A. Howard Matz
                                    United States District Court Judge

27

28